# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CATHERINE LAMONICA,

    Plaintiff,

v.                                      Case No: 6:17-cv-698-Orl-31KRS

WALTER W. BARLOW and BRAVE
HEART ENTERPRISES, INC.,

    Defendants.

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANTS' MOTION TO ENFORCE AND REQUIRE COMPLIANCE WITH SUBPOENA DUCES TECUM FOR DEPOSITION DIRECTED TO JASON HIGHSMITH, M.D. (Doc. No. 22)** |
| **FILED:** | **November 2, 2017** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

The Affidavit of Service reflects that the subpoena was not personally served on Dr. Highsmith. Doc. No. 22-14. The motion does not provide any legal authority establishing that service on a receptionist is sufficient to enforce the subpoena as to Dr. Highsmith. Additionally, the subpoena attached to the motion reflects that the deposition is scheduled on November 29, 2017 at 3:00 a.m., which is not the time identified in the motion. Doc. No. 22-13. These problems do not provide a basis for the Court to extend the discovery period or the date for filing discovery related motions.

Dr. Highsmith should be aware that if he fails to appear for a deposition pursuant to a duly served deposition subpoena, without first obtaining a protective order from the Court relieving him from the obligation to appear, the Court may hold him in civil contempt of court and impose sanctions, which could include a fine and confinement in jail until he provides testimony at a deposition. *See, e.g.,* 28 U.S.C. § 1826. Counsel for Defendants should serve a copy of this Order on Dr. Highsmith with the service of an amended subpoena.

**DONE** and **ORDERED** in Orlando, Florida on November 3, 2017.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE